IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 05-CR-98 (WDO) |
| DERRICK JACKSON, | Violation(s): **Drug Related** |
| Defendant | |

### ORDER MODIFYING CONDITIONS OF RELEASE

This court has heretofore entered an Order of Release as to the above-named defendant setting conditions upon which he could be released from the custody of the United States. On March 20, 2006, the government filed herein an AMENDED MOTION FOR REVOCATION OF PRETRIAL RELEASE (Tab #29) requesting that the Order of Release be revoked because of alleged violations by defendant JACKSON. On March 21, 2006, a hearing was convened before the undersigned at which the government was represented by Assistant U. S. Attorney Charles L. Calhoun, and the defendant was represented by Mr. Bernard S. Brody. Upon consideration of the evidence presented and of argument of counsel, the court finds:

(1) that the government has failed to establish that defendant JACKSON violated conditions of pretrial release by violating conditions of local, state or federal law as alleged in paragraphs 3. through 7. inclusive; and,

(2) that the government has established that defendant JACKSON violated conditions of pretrial release by failing to report to his probation officer as directed and by failing to maintain contact with the U. S. Probation Office.

Accordingly, the Order of Release heretofore entered is AMENDED AND MODIFIED so as to include the following condition of release:

**The defendant shall be subject to ELECTRONIC MONITORING, to-wit:**

**ELECTRONIC/TELEPHONIC MONITORING: While on release under this order, defendant JACKSON shall reside at all times at his home in Gray, Georgia and shall be subject to electronic/telephonic monitoring under the supervision of the U. S. Probation Office as specifically prescribed by that office; PROVIDED, HOWEVER, he may be away from his home only for purposes of medical treatment and for meeting with his attorney of record, and only during specific periods of time as directed and approved by the U. S. Probation Office in advance. The defendant shall wear at all times an electronic monitoring device under the supervision of the U. S. Probation Office and shall be required to pay all costs associated with the electronic/ telephonic monitoring required by this order. Furthermore, the defendant shall be required to prepay the cost of electronic/telephonic monitoring for a period of four (4) months from the date of his release from custody pursuant to this order.**

All other conditions heretofore imposed upon defendant JACKSON shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 22nd day of MARCH, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE