IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-98 (WDO) |
| **DERRICK JACKSON,** | **VIOLATION:** Money Laundering Related |
| Defendant | |

# O R D E R

Before the court is the **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** (Tab #61) filed on behalf of defendant DERRICK JACKSON. Therein, counsel for the defendant requests that the electronic monitoring and home confinement conditions heretofore imposed upon defendant JACKSON be removed from the court's Order of Release (as modified). Counsel for the government does not oppose the defendant's motion.

Upon consideration of defendant's motion and after reviewing the reasons behind imposing home confinement and electronic monitoring upon defendant JACKSON, the undersigned declines to alter the conditions currently in place. Both home confinement and electronic monitoring were put in place as the result of the defendant's failing to comply with instructions from his supervising pretrial services officer. The undersigned finds that these conditions are necessary and appropriate to insure that defendant JACKSON continues to comply with ALL conditions and instructions.

Accordingly, defendant's motion (Tab #61) is DENIED.

SO ORDERED AND DIRECTED, this 3rd day of OCTOBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE